FILED BY _____ JC _____ D.C
TAKE

97 APR 28 PM 12: 05

CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JERRY HATCHETT,

    Plaintiff,

v.

ONTEL PRODUCTS
CORPORATION,
a New Jersey corporation,

    Defendant.
_____/

CASE NO. 96-3433 CIV-MOORE
Magistrate Judge Brown

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Jerry Hatchett hereby voluntarily dismisses the above entitled cause, without prejudice.

Dated at Miami, Dade County, Florida, this 24th day of April, 1996.

    Respectfully submitted,

    HERMAN ROOF BORGOGNONI & MOORE
    Attorneys for Plaintiff
    100 Southeast Second Street
    Suite 2600, Nationsbank Tower
    Miami, Florida 33131
    Tel: (305) 377-2200
    Fax: (305) 577-4234

    By:_____
    JEFFREY M. HERMAN
    Florida Bar No. 521647

F:\DATA\CLIENTS\HATCHETT\PLE\DISMISSA.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

JERRY HATCHETT,

    Plaintiff,

CASE NO. 96-3433 CIV-MOORE
Magistrate Judge Brown

v.

ONTEL PRODUCTS
CORPORATION,
a New Jersey corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (filed April 24, 1997). After due consideration, it is

ORDERED AND ADJUDGED, that this case is DISMISSED without prejudice. All pending motions not otherwise ruled upon are DENIED as moot. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of April, 1997.

                                                KEVIN MICHAEL MOORE
                                               UNITED STATES DISTRICT JUDGE

cc:   Jeffrey M. Herman

F:\DATA\CLIENTS\HATCHETT\PLE\DISMISSA.ORD